UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

ADEM BADOGLU, on behalf of himself         :   **CASE:**
and others similarly situated,              :        **1:26-CV-2945 (RPK)(SDE)**
                                            :
                          Plaintiff,        :   **NOTICE OF**
                                            :   **APPEARANCE**
        v.                                  :
                                            :
AKSARAY, INC., BAKI GUVEN and               :
YUSUF ALBARDAK                              :
                                            :
                          Defendants,       :
_____:

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for all Defendants.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        June 19, 2026

                                    AKIN & SALAMAN, PLLC
                                    Attorneys for Defendants

                                    *Zafer A. Akin*

                                    _____
                                    Zafer A. Akin, Esq.
                                    45 Broadway, Suite 1420
                                    New York, New York 10006
                                    Telephone (212) 825-1400
                                    zafer@akinlaws.com

**TO:**

JOSEPH & KIRSCHENBAUM LLP
Attn: D. Maimon Kirschenbaum
45 Broadway, Suite 320
New York, NY 10004
Tel: (212) 688-5640
Fax: (212) 981-9587

*Attorneys for Named Plaintiff*
*proposed FLSA Collective Plaintiffs,*
*and proposed Class*