**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**--------------------------------------------------x**

**ADEM BADOGLU, on behalf of himself and others similarly situated,**

**Plaintiff,**

**v.**

**AKSARAY, INC., BAKI GUVEN, and YUSUF ALBARDAK,**

**Defendants.**

**--------------------------------------------------x**

**CASE NO. 26 CV 2945**

**DECLARATION OF D. MAIMON KIRSCHENBAUM**

I, D. Maimon Kirschenbaum, under penalty of perjury, affirm as follows:

1. I am partner with Joseph & Kirschenbaum LLP, Plaintiff's counsel in this action. I am familiar with the facts and circumstances set forth herein.
2. Attached hereto as **Exhibit 1** is Plaintiff's proposed notice of pendency and consent to join form.
3. Attached hereto as **Exhibit 2** is Plaintiff's proposed text message notice.
4. Attached hereto as **Exhibit 3** is a true and correct copy of the complaint in *Dogan v. Aksaray, Inc.*, No. 24 CV 6362 (E.D.N.Y.).

Dated: New York, New York
July 1, 2026

/s/ D. Maimon Kirschenbaum
D. Maimon Kirschenbaum