# Exhibit 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**---------------------------------------------------x**
**ADEM BADOGLU, on behalf of himself and others similarly situated,**

**Plaintiff,**

**v.**

**AKSARAY, INC., BAKI GUVEN, and YUSUF ALBARDAK,**

**Defendants.**
**---------------------------------------------------x**

**CASE NO. 26 CV 2945**

**<u>NOTICE OF PENDENCY OF LAWSUIT</u>**

To: Individuals who were employed at Aksaray restaurant as servers, runners, bussers, or bartenders on or after May 18, 2023

Re: Notice of Pendency of Collective Action

The purpose of this Notice is to advise you that a lawsuit has been filed by Adem Badoglu ("Plaintiff") against Aksaray, Inc., Baki Guven, and Yusuf Albardak (collectively, "Defendants"), to notify you of your legal rights in connection with that suit, and to instruct you on the procedure for participating in this lawsuit, if you so desire.

The Court has not expressed any opinions as to the merits of this lawsuit and has made no determination about who is right and who is wrong.

You have no obligation to join this lawsuit or respond to this Notice. This Notice is intended solely to let you know that a lawsuit has been filed and that certain claims are being made.

1. <u>DESCRIPTION OF THE LAWSUIT</u>

Plaintiff filed this lawsuit against Defendants on May 18, 2026 in the Eastern District of New York, Case Number 26 CV 2945. A portion of the lawsuit alleges a violation under the Fair Labor Standards Act ("FLSA"). With respect to that portion of the lawsuit, Plaintiff alleges that Defendants failed to pay him and other service employees at Aksaray restaurant one and a half times their regular rate for overtime hours worked, which are hours worked in excess of 40 per workweek.

Defendants deny Plaintiff's claims and maintain that they paid employees properly.

**The Court has not yet made any determination as to the validity of Plaintiff's claims.**

2. NO OPINION EXPRESSED TO WHETHER THIS CASE HAS MERIT

At this early stage, the Court has not made any determination on the merits of Plaintiff's claims and is not advising you to participate in this lawsuit. This notice is solely to determine if any other similarly situated employees wish to participate in the case.

**Please do not write or call the Court about this notice, as the Court expresses no opinion on the merits of this lawsuit**.

3. WHO MAY JOIN THIS LAWSUIT

If you worked as a server, runner, busser, or bartender at Aksaray on or after May 18, 2023, you may join this lawsuit. To join the lawsuit you must sign the enclosed written Consent form to be a "party-plaintiff" in the lawsuit. This form will be filed publicly with the Court.

It is entirely your decision whether or not to join the lawsuit. If you do file the consent to join this lawsuit, it is against the law for Defendants to retaliate against you (by for example firing you, reducing your hours or lowering your wages) for doing so.

You may participate in this lawsuit even if you are not working in this country legally.

4. THE CONSENT FORM

If you want to join this lawsuit, fill out and send the form attached to this notice, which is entitled "Consent to Join," to the Plaintiff's attorneys using the enclosed envelope or by email or fax to:

D. Maimon Kirschenbaum
Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006
(P) 212-688-5640
(F) 212-981-9587
maimon@jk-llp.com

If you want to join the lawsuit, your consent form must be submitted no later than **[60 days from mailing]**. **If your signed Consent to Join Form is not postmarked, emailed, or faxed by [60 days from mailing], you may not be allowed to participate in the federal law portion of this lawsuit**.

5. EFFECT OF JOINING THIS LAWSUIT

If you choose to join this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable with respect to the FLSA claims. You will also share in any proceeds from a settlement or judgment favorable to the party-plaintiff with respect to the FLSA claims. By joining this lawsuit, you designate Plaintiff's counsel as your representative, and to the fullest extent possible, you designate Plaintiff's counsel to make decisions on your behalf concerning the case, the method and manner of conducting the case, and all other matters pertaining to this lawsuit. Decisions made and agreements entered into by Plaintiff's counsel relating to the lawsuit will be binding on you if

you join the lawsuit. Your consent to join is only with respect to the FLSA claims. Absent further court action, you will not be made a party to any other claims in the lawsuit.

If you elect to join this case, you may be required to participate in the discovery process under the supervision of this Court, including responding to written interrogatories and document production requests, appearing at a deposition within the Eastern District of New York, and, potentially, testifying at a trial in this matter. If you have retained records relating to your employment with Defendants, such as copies of paychecks, W-2s, schedules, tip sheets, time records, or other documents or communications regarding your employment and hours you worked for Defendants, you are obligated to preserve and produce such documents should you elect to join this case.

6. YOUR LEGAL REPRESENTATION IF YOU JOIN

If you wish to join this lawsuit as a plaintiff, it is your decision as to whether you prefer to be represented by the Plaintiff's attorneys or by an attorney of your own choosing. If you wish to join in this collective action and be represented by Plaintiff's counsel you will be bound by his attorneys' fees arrangement with Plaintiff.

The attorneys' fee arrangement for this case provides that Plaintiff's counsel are handling this matter on a contingency basis, *i.e.*, that the attorneys' fees and costs will be determined on a percentage basis based on the recovery on behalf of Plaintiffs and that Plaintiffs will not be responsible for fees and/or costs if there is no recovery for Plaintiffs. The agreement further provides that at the conclusion of the case, Plaintiffs' counsel will make an application to the Court for the recovery of fees and costs, that the Court has discretion of the amount of fees to award, and that the fees may be as much as one-third of any settlement fund or judgment, in addition to costs and expenses.

You may wish to direct questions you have about this notice to Plaintiff's Lawyers:

D. Maimon Kirschenbaum
Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, New York 10006
(212) 688-5640
maimon@jk-llp.com

7. NO LEGAL EFFECT IN NOT JOINING THIS SUIT

If you choose to not join this lawsuit, you will not be affected by any settlement or judgment regarding the FLSA claims in this case, whether favorable or unfavorable. If you do not join this lawsuit, you will remain free to file your own lawsuit if you so choose.

Dated: [insert mailing date]

# CONSENT TO JOIN

**I WANT TO JOIN THE LAWSUIT** Badoglu v. Aksaray, Inc. et al. which is pending in the Federal Court for the Eastern District of New York, New York. I understand that this lawsuit seeks unpaid wages that may be owed to me and that by joining this lawsuit I will become a plaintiff pursuant to the Fair Labor Standards Act. I agree to be bound by any adjudication in the lawsuit whether it is favorable or unfavorable with respect to the FLSA claims. I understand that, by filing this form, I am voluntarily becoming a party plaintiff to this action, with the obligations and rights of a plaintiff in a case as explained in this form. I wish to preserve and pursue any claims that I may have to the greatest extent possible.

I authorize the representative Plaintiff or Plaintiff's attorneys to file this consent with the Clerk of Court and direct them to do so on the day of receipt of this consent. I hereby further authorize and designate the Plaintiff to act on my behalf concerning this litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to the FLSA claims in this lawsuit. I understand that unless I inform Plaintiff's Counsel or the Court in writing, I will be represented by Plaintiff's Counsel, Joseph & Kirschenbaum LLP and will be bound by the Attorney Retainer Agreement that Plaintiff entered into with Joseph & Kirschenbaum LLP.

Date:______________________

________________________________ Signature

________________________________ Phone Number*

________________________________ Print Name

________________________________ E-mail Address*

________________________________ Dates of Employment*

________________________________

________________________________ Position(s) Held*

________________________________

________________________________ Mailing Address*

*This information will not be filed with the Court.