# Exhibit 2

If you worked as a server, runner, busser, or bartender at Aksaray restaurant at any time on or after May 18, 2023, you may be entitled to join a lawsuit claiming unpaid overtime wages. For additional information about the case, including how to join, please call the employees' attorneys at (212) 688-5640 or visit http://[website containing full Notice for review and/or download].