**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**-----------------------------------------------x**
**ADEM BADOGLU, on behalf of himself and others similarly situated,**

**Plaintiff,**

**v.**

**AKSARAY, INC., BAKI GUVEN, and YUSUF ALBARDAK,**

**Defendants.**
**-----------------------------------------------x**

**CASE NO. 1:26-CV-2945**

**DECLARATION OF ADEM BADOGLU**

I, Adem Badoglu, under penalty of perjury, pursuant to 28 U.S.C. § 1746, affirm that the following is true and correct:

1. I am the named plaintiff in this above-referenced action.

2. I submit this declaration based on personal knowledge unless indicated otherwise.

3. I was employed by Defendants to work as a server from September 2022 to May 2024.

4. During my time employed at Aksaray restaurant, I regularly worked overtime and was not paid any premium for the overtime I worked.

5. Specifically, my daily shifts began at about 12:00 p.m. and lasted until closing, which was after 11:00 p.m. I typically worked anywhere between four and six days per week.

6. I was paid $120 a day for every day worked, plus some percentage of my cash tips.

7. I was not paid any overtime premium for my hours worked in excess of forty (40) in a workweek.

8. Aksaray paid all servers the same way. For example, Sevval and Pelin were two servers that worked together with me at Aksaray. They both worked four to five shifts per week 11-12 hours per day and were paid a flat amount per day with no overtime premium for hours worked in excess of forty (40) per workweek. I know this because they shared with me how they were paid.

9. For my last few weeks worked the daily rate, was increased to $130.

10. I continue to communicate with my former coworkers at Aksaray. They have informed me that the restaurant continues until today to pay employees a daily rate with no overtime premium, despite that the employees work more than forty (40) hours per week.

Dated: 6/29/2026
New York, New York

Signed by:
8EFEEC560CD2451...
Adem Badoglu