UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ADEM BADOGLU, on behalf of himself and others similarly situated,

Plaintiff,

v.

**Case No. 1:26-cv-02945 (RPK) (SDE)**

AKSARAY, INC., BAKI GUVEN, and YUSUF ALBARDAK,

Defendants.
---------------------------------------------------------X

DECLARATION OF ZAFER A. AKIN

I, Zafer A. Akin under penalty of perjury, affirm as follows:

1. I am partner with Akin & Salaman LLC, counsel for the Defendants in this action. As such, I am familiar with the facts and circumstances set forth herein.

2. Attached hereto as Exhibit A is the time Punch records from the Defendant's computer system showing the punch-in and punch-out recordings made under Plaintiff Adem Badoglu's code.

Dated: New York, New York
September 17, 2026

AKIN & SALAMAN, PLLC

*Zafer A. Akin*

______________________________
Zafer A. Akin, Esq.
45 Broadway, Suite 1420
New York, New York 10006
Telephone (212) 825-1400
zafer@akinlaws.com

*Attorneys for Defendants Aksaray, Inc., Baki Guven, and Yusuf Albardak*