**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**-----------------------------------------------------------x**

**ADEM BADOGLU, on behalf of himself and others similarly situated,**

**Plaintiff,**

**v.**

**AKSARAY, INC., BAKI GUVEN, and YUSUF ALBARDAK,**

**Defendants.**

**-----------------------------------------------------------x**

**CASE NO. 26 CV 2945**

## DECLARATION OF ADEM BADOGLU

I, Adem Badoglu, under penalty of perjury, affirm as follows:

1. I am the named plaintiff in the above-referenced action.
2. I submit this declaration based on personal knowledge unless otherwise indicated.
3. On numerous occasions during my employment at Aksaray I told the restaurant's owner Baki Guven that my rate of pay was illegal.
4. Several times I told Mr. Guven that my daily pay was less than what was legally required for all of my hours worked. I told him that I wanted to be paid the full legal rate, and he refused to do so.
5. The server Didem Ekici told me that Aksaray paid her a daily rate with no overtime premium until the end of her employment in 2026.

Dated: New York, New York

Signed by:
8EFEEC560CD2451...
Adem Badoglu
9/23/2026